IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOLEAN D. HARVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 19-cv-1248-RJD |
| | ) |
| COMMISSIONER of SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER for ATTORNEY'S FEES

**DALY, Magistrate Judge:**

This matter is before the Court on Plaintiff's Petition to Award Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA). (Doc. 26). Defendant has responded that he has no objection. (Doc. 30).

Plaintiff asks for an award of attorney's fees in the amount of $4,863.60. Plaintiff has filed a separate bill of costs.

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B). The Court further finds that the agreed upon amount is reasonable and appropriate. This award shall fully and completely satisfy any and all claims for fees and expenses that may have been payable to plaintiff in this matter pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

Plaintiff's Petition to Award Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA) **(Doc. 26)** is **GRANTED**. The Court awards Plaintiff attorney's fees in the amount of $4,863.60 (four thousand eight hundred sixty-three dollars and sixty cents).

The amount awarded is payable to Plaintiff and is subject to set-off for any debt owed by Plaintiff to the United States, per *Astrue v. Ratliff*, 560 U.S. 586 (2010).  See also, *Harrington v. Berryhill*, 906 F.3d 561 (7th Cir. 2018).  However, any part of the award that is not subject to set-off to pay Plaintiff's pre-existing debt to the United States shall be made payable to Plaintiff's attorney pursuant to the EAJA assignment executed by Plaintiff and attached to the fee petition.

**IT IS SO ORDERED.**

**DATED: July 9, 2020**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**